No. 157. IN RE TRUSTEES UNDER WILL AND OF THE ESTATE OF BERNICE P. BISHOP, DECEASED. Appeal from circuit judge, first circuit. Submitted May 3, 1905. Decided May 5, 1905. This is an appeal by the trustees under the will of Bernice P. Bishop, deceased, from that portion of an order of a circuit judge of the first circuit, which reads as follows: "It appearing further that under the 13th clause of the said will the trustees thereunder are directed to file with the court annually an 'inventory of the property in their hands and how invested and to publish the same in some newspaper published in Honolulu'; and that the said trustees have complied with the said direction to the extent of filing and publishing an inventory of the personal property belonging to the estate, setting forth the manner in which the same is invested and a statement of all sales, exchanges and acquisitions of real property made since the previous annual account, but that they have neither filed in this court nor published an inventory of all the real property belonging to the estate; it is hereby ordered that the trustees do file in this court and publish forthwith in a newspaper published in Honolulu a full and complete inventory of all of the property belonging to the estate in their hands on the 30th day of June 1904." Per curiam: The order appealed from is affirmed. *Holmes & Stanley* for trustees, appellants.